UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ANTONIO M. FERNANDEZ,            )
                                 )
       Plaintiff,                )
                                 )
v.                               )    Civil No. 05-2074 (PLF)
                                 )
ETB HOLDINGS, INC.,              )
                                 )
       Defendant.                )
_____)

ORDER

       Plaintiff Antonio M. Fernandez filed this suit in federal court, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332(c). Cases in which jurisdiction is based upon diversity of citizenship must involve citizens of different states. Plaintiff is a citizen of Virginia. Plaintiff alleges that defendant ETB Holding, Inc.'s principal place of business is in Virginia. According to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." Therefore, according to plaintiff's own complaint, defendant ETB Holdings is a citizen of Virginia and no diversity exists between plaintiff and defendant.

       Accordingly, it is hereby ORDERED that, on or before November 4, 2005, defendants shall SHOW CAUSE why this action should not be dismissed for lack of jurisdiction.

       SO ORDERED.

                                                   \s_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE: October 26, 2005