AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ANTONIO M. FERNANDEZ

    Plaintiff(s)        )    **APPEARANCE**

vs.                )    CASE NUMBER   05-2074 (PLF)
ETB HOLDINGS, INC.

    Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Douglas P. Lobel__ as counsel in this
                                       (Attorney's Name)

case for: __Defendant ETB Holdings, Inc.__
              (Name of party or parties)

November 1, 2005                      /s/ Douglas P. Lobel
Date                                              Signature

395508                                  Douglas P. Lobel
BAR IDENTIFICATION                 Print Name

                                                 1600 Tysons Blvd., Suite 900
                                                 Address

                                                 McLean, VA  22102
                                                 City            State          Zip Code

                                                 703-720-7000
                                                 Phone Number