UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO M. FERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2074 (PLF) |
| ) | |
| ETB HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

On October 26, 2005, this Court ordered plaintiff Antonio M. Fernandez to show cause on or before November 4, 2005 why this action should not be dismissed for lack of jurisdiction. Plaintiff filed this suit in federal court on October 24, 2005, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332(c). According to plaintiff's own complaint, however, plaintiff and defendant are citizens of the same state, and therefore no diversity exists between them. The deadline has passed and plaintiff has filed no response to the Court's show cause order. Accordingly, it is hereby

ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 10, 2005