# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AANTONIO M. FERNANDEZ
_____
*Plaintiff*

vs.                              Civil Action No. 05-2074 (PLF)

ETB HOLDINGS, INC.,
_____
*Defendant*

## NOTICE OF APPEAL

Notice if hereby given this 3rd. Day day of DECEMBER    2005. , 19    , that Plaintiff attaches a copy of the Address of E'Trade Financial Corporate 135 East 57th Street ,NY.NY10022. Defendant is a Delaware Corporation avadavit attached. Confusion was caused when Court ordered DEFENDANT to show cause why the action should not be dismissed. hereby appeals to the United States District Court of Appeals for the District of Columbia from the judgment of this Court entered on the 11th.    day of November 2005 ,19 in

favor of   ETB HOLDINGS INC.

against said Aantonio M. Fernandez

_____
Signature of Attorney or Pro Se Litigant
William S. Bach, Esquire

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

William S. Bach, Esq.          Douglas P. Lobel, Esquire
717 D. Street, NW, #400        1600 Tysons Blvd., Suite 900
Washington, DC 20004           McLean, VA 22102

RECEIVED
DEC - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*14:00*
*Tues Oct 25*

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

THIS CERTIFICATE MADE pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

CORPORATION SERVICE COMPANY, a corporation authorized to do business in the State of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the State of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia 23218.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts, and other entities, associations, and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trusts, and other entities, associations, and persons which have designated it as such agent are:

   | Beverley L. Crump | Jane Paquet | Jan Brayo |
   |---|---|---|
   | Tina L. Rogers | ~~Nicole T. McCallum~~ | |
   | Linda B. Liles | Amy Tarker | |

WHEREFORE, Corporation Service Company has caused its corporate name to be hereunto subscribed this 2nd day of August, 2004.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 6th day of April, 2005, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-08